UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICHELLE CLEMONS,
Individually, and on behalf of all
others similarly situated

    Plaintiffs/Counter-Defendant,

v.

CUTLER RIDGE AUTOMOTIVE, LLC
d/b/a POTAMKIN SOUTH HYUNDAI

    Defendant/Counterclaimaint.

_____/

CASE NO: 06-21648-CIV-KING

## FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 58 and the Court's Order Granting Defendant's Motion for Summary Judgment, it is ORDERED and ADJUDGED that judgment is entered in favor of Defendant Cutler Ridge Automotive, LLC, and against Plaintiff Michelle Clemons, according to the terms of the Court's Order Granting Summary Judgment. The above-styled case is hereby **DISMISSED with prejudice**. This Court retains jurisdiction to determine fees and costs. The Clerk of the Court shall **CLOSE** the case. The following pending motions are **DENIED** as moot:

- **D.E. #65**     Amended MOTION to Certify Class
- **D.E. #68**     Second MOTION to Strike Jury Demand
- **D.E. #70**     MOTION to Compel Deposition Testimony
- **D.E. #98**     MOTION for Hearing on Defendant's MOTION for Summary Judgment
- **D.E. # 105**    Unopposed MOTION for Extension of Time to Complete Discovery and Enlargement of Time Extending The Discovery and Motion Deadlines Until February 22, 2008

- **D.E. #109** Plaintiff's MOTION for Hearing on MOTION for Partial Summary Judgment
- **D.E. #110** Unopposed MOTION for Extension of Time to File Response To Plaintiff's Motion For Summary Judgment
- **D.E. #112** Unopposed MOTION for Extension of Time to File Response To Plaintiff's Motion For Summary Judgment
- **D.E. #113** Defendant's MOTION for Sanctions on Plaintiff's Counsel Pursuant To Rule 11 Of The Federal Rules Of Civil Procedure
- **D.E. #117** Plaintiff's MOTION to Amend/Correct MOTION for Partial Summary Judgment
- **D.E. #118** Plaintiff's MOTION Court to Endorse attached Protective Order

It is further ORDERED and ADJUDGED that the Pre-trial Conference set for April 14, 2008 and the Trial set for the two week calendar, commencing April 28, 2008, are hereby **CANCELLED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of March, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **_Counsel for Plaintiff_**
Raymond Gregory Ingalsbe, Esq.
4400 PGA Boulevard, Suite 800
Palm Beach Gardens, FL 33410
Fax: 561-624-3533

Timothy Carl Blake, Esq.
Concorde Building
66 W Flagler Street
Miami, FL 33130-1803
Fax: 305-373-4323

**_Counsel for Defendant_**
William R. Cohen, Esq.
Jeffrey C. Dwyer, Esq.
Bohdan Neswiacheny
540 NE 4th Street
Fort Lauderdale, FL 33301
Fax: 954-765-1274