UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICHELLE CLEMONS,
Individually, and on behalf of all
others similarly situated

      Plaintiffs/Counter-Defendant,

v.

CUTLER RIDGE AUTOMOTIVE, LLC
d/b/a POTAMKIN SOUTH HYUNDAI

      Defendant/Counterclaimaint.

_____/

CASE NO: 06-21648-CIV-KING

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the June 24, 2008 Report and Recommendation of Magistrate Judge Ted E. Bandstra (D.E. #135) recommending that Defendant's Renewed Motion for Fees and Costs/Sanctions (D.E. #122) be denied and Defendant's Motion for Attorney's Fees and Costs (D.E. #124) be granted in part.

Final Judgement was entered in the above styled matter in favor of the Defendant Cutler Ridge Automotive, LLC on March 31, 2008 (D.E. #120). The above referenced motions were properly referred to Judge Bandstra on April 16, 2008.

After a thorough review of the record, the Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED, and DECREED as follows:

1. The June 24, 2008 Report and Recommendation of Magistrate Judge Ted E. Bandstra (D.E. #135) be, and the same is hereby AFFIRMED and ADOPTED.

2. Defendant's Renewed Motion for Fees and Costs/Sanctions Pursuant to Rule 11 (D.E. #122) be, and the same is hereby **DENIED**.

3. Defendant's Motion for Award of Attorney's Fees and Cost (D.E #124) be, and the same is hereby **GRANTED** in part with an award of costs in the amount of $2,806.65.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of July, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **_Counsel for Plaintiff_**
Raymond Gregory Ingalsbe, Esq.
4400 PGA Boulevard, Suite 800
Palm Beach Gardens, FL 33410
Fax: 561-624-3533

Timothy Carl Blake, Esq.
Concorde Building
66 W Flagler Street
Miami, FL 33130-1803
Fax: 305-373-4323

**_Counsel for Defendant_**
William R. Cohen, Esq.
Jeffrey C. Dwyer, Esq.
Bohdan Neswiacheny
540 NE 4th Street
Fort Lauderdale, FL 33301
Fax: 954-765-1274