UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 06-21648-CIV-King

MICHELLE CLEMONS, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

CUTLER RIDGE AUTOMOTIVE, LLC
d/b/a POTAMKIN SOUTH HYUNDAI,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL DOCUMENTS

THIS ACTION came before the court on the plaintiff's unopposed motion to seal Document 83-3 page 1. Based on the motion, it is

ORDERED that:

1. The motion is granted.

2. Document 83-3 at page 1 shall be placed under seal upon issuance of this order.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23 day of July, 2008.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished: Counsel of Record